FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2022

No. 04-21-00465-CR

Ted Allen **WRIGHT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR12275
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Appellant's brief was originally due on March 22, 2022. When no appellant's brief was filed, we notified appellant's counsel, Pat Montgomery, of the deficiency. TEX. R. APP. P. 38.8(b)(2). We received no response. Thereafter, on August 2, 2022, Mr. Montgomery filed a motion for extension of time, indicating it would be his first and only extension request. We granted the motion and ordered Mr. Montgomery to file appellant's brief on or before September 1, 2022. To date, Mr. Montgomery has not filed appellant's brief.

Therefore, pursuant to Texas Rule of Appellate Procedure 38.8(b)(2), we abate this case to the trial court and ORDER the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent?

   (a) If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

   (b) If the trial court finds that appellant is not indigent, the trial court should determine whether appellant has made the necessary arrangements for filing a brief.

(3) Has appointed counsel, Mr. Montgomery, abandoned the appeal? The trial court should address this issue even if new counsel is substituted before the date of the hearing. *See* TEX. R. APP. P. 38.8 (b)(4).

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from appellant. The trial court shall, however, order appellant's counsel to be present at the hearing.

We ORDER the trial court to file its written findings of fact and conclusions of law with the trial court clerk no later than thirty days from the date of this order. We ORDER the trial court clerk to file a supplemental clerk's record in this court no later than ten days after the trial court files its findings of facts and conclusions of law. We further ORDER the court reporter to file in this court a supplemental reporter's record of the hearing, along with copies of any documentary evidence admitted, no later than twenty days after the date of the hearing.

All appellate deadlines are ABATED pending further orders from this court.

Liza A. Rodriguez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2022.



MICHAEL A. CRUZ, Clerk of Court